JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

TAN MINH VO,

                 Petitioner,

        v.

DEPARTMENT OF HOMELAND SECURITY,

                 Respondent.

Case No. 5:25-cv-02791-SVW-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: January 26, 2026

_____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE